# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD THRONE individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITICORP INVESTMENT SERVICES, INC.; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. CV 07-113-ABC (RZx)<br>Case No. CV 07-7160-ABC (RZx)<br><br>Hon. Audrey B. Collins<br><br>~~[PROPOSED]~~ JUDGMENT |
| NICHOLAS TCHIKOVANI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITICORP INVESTMENT SERVICES, and Does 1 through 100,<br><br>　　　　Defendants. | |

1

1         **IT IS HEREBY ORDERD, ADJUDGED, AND DECREED THAT:**

2         Pursuant to Federal Rule of Civil Procedure 58, judgment is entered in *Throne v.*

3 *Citicorp Investment Services, Inc., et al.*, Case No. CV 07-113-ABC (RZx) and

4 *Tchikovani v. Citicorp Investment Services, et al.*, Case No. CV 07-7160-ABC (RZx) on

5 the terms set forth in the following orders:

6         1.    Order Denying Tchikovani's Motion for Attorneys' Fees, entered as Docket

7 No. 18 in Case No. CV 07-7160-ABC (RZx); and

8         2.    Revised Order Granting Final Approval of Class Action Settlement and

9 Awarding Attorneys' Fees, Litigation Expenses and Class Representative Enhancements,

10 entered as Docket No. 67 in Case No. CV 07-113-ABC (RZx) and Docket No. 20 in Case

11 No. CV 07-7160-ABC (RZx).

14 DATED: 2/2/09

                                          HON. AUDREY B. COLLINS
                                          U.S.D.J.

753223